IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 7 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | CRIMINAL NO. 18-3661 JCH |
| vs. | ) ) ) | 49 U.S.C. § 46504: Interference with Flight Crew Members and Attendants. |
| **JUSTIN RILEY BRAFFORD**, | ) ) ) | |
| Defendant. | | |

## INDICTMENT

The Grand Jury charges:

On or about October 16, 2018, , in the District of New Mexico, the defendant, **JUSTIN RILEY BRAFFORD**, on an aircraft in the special aircraft jurisdiction of the United States, namely Southwest Airlines flight 859 en route from Los Angeles, California, to Dallas, Texas, did knowingly interfere with the performance of the duties of C.K., a flight attendant of the aircraft, and lessen the ability of the flight crew to perform its duties, by intimidating the flight attendant, specifically by refusing to comply with necessary safety and seating requirements, by behaving in an uncooperative, aggressive, and belligerent manner such that warranted diversion of the flight from Los Angeles, California, to Albuquerque, New Mexico.

In violation 49 U.S.C. § 46504.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

08/24/2017 3:47 p.m.